UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| ENRIQUE ANGULO | CIVIL ACTION NO. 04-1638-A |
| -vs- | JUDGE DRELL |
| THE PURDUE PHARMA COMPANY, et al. | MAGISTRATE JUDGE KIRK |

### R U L I N G

Before the Court is a Motion for Summary Judgment by Abbott Laboratories and Abbott Laboratories, Inc. The motion was filed on July 19, 2005 and fixed on the September 16, 2005 motion calendar. The motion is unopposed.

The Court has considered the motion, the substantial memorandum attached, the statement of material facts and other attachments and agrees that the motion is well taken. Put simply, these two defendants have satisfied the Court that there is no causation of plaintiff's alleged injury by any of their acts. Accordingly, they are entitled to summary judgment and the same will be GRANTED. Claims against them will be dismissed with prejudice.

SIGNED on this 24th day of October, 2005, at Alexandria, Louisiana.

Dee D. Drell
United States District Judge